Submitted By:

Mark T. Flewelling (#96465)
mflewelling@afrct.com
Trudi Foutts Loh (#100712)
tloh@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900, Fax: (626) 577-7764

Attorneys for Defendants,
WACHOVIA MORTGAGE, a division of Wells Fargo Bank, N.A., sued herein as Wachovia Mortgage, FSB, f/k/a/ World Savings Bank, FSB and Golden West Saving Association Service Company (collectively "Wachovia")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSE MANUEL LEPE, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE, FSB f/k/a WORLD SAVINGS BANK, a North Carolina corporation doing business in California; CAL-WESTERN RECONVEYANCE CORP, a California corporation; and DOES 1-100 inclusive,<br><br>Defendants. | Case No: CV10-00182 SJO (VBKx)<br><br>[Assigned to the Hon. S. James Otero]<br><br>**JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

C:\Temp\notesFFF692\[Proposed] Judgment of Dismissal-203261.doc

1

CASE NO. CV10-00182 SJO (VBKX)
[PROPOSED] JUDGMENT OF DISMISSAL

1  On May 19, 2010, this Court issued an Order entitled, *Order of Dismissal By
2  Lack of Prosecution."*
3  In accordance with that order:
4  IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
5  1. This action is dismissed as to Defendants WACHOVIA MORTGAGE,
6  a division of Wells Fargo Bank, N.A., sued herein as Wachovia
7  Mortgage, FSB, f/k/a/ World Savings Bank, FSB and Golden West
8  Saving Association Service Company (collectively "Wachovia")
9  without prejudice.
10 2. Plaintiff Jose Lepe shall take nothing from Defendants Wachovia.
11 3. Defendants Wachovia shall be entitled to recover their costs of suit.

Dated: _____June 8, 2010                 _____
                                          The Hon. S. James Otero
                                          United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES )

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

      On June 2, 2010, I served the foregoing document(s) described as **[PROPOSED] JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** on the interested parties in this action by placing a true and correct copy enclosed in a sealed envelope and addressed as follows:

*Plaintiff, Pro Se*

Jose Manuel Lepe
12859 Sunburst Street
Pacoima, CA 91331
Ph:  (818) 307-5609

**[X]**   **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X]**   **FEDERAL**: I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

Executed on June 2, 2010, at Pasadena, California.

   Nancy Peters
(Print Name)                                             (Signature of Declarant